WILLIAM T. BEISMAN, Individually and as Administrator of the Estate of JOHN A. BEISMAN, Deceased, Appellant, *v.* NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM, Respondent.

Argued November 29, 1949; decided December 29, 1949.

*Solomon Pearlman* for appellant.

*John P. McGrath, Corporation Counsel* (*Daniel T. Scannell* and *Seymour B. Quel* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.